Hayles v. U.S. Attorney General U.S. Attorney General